No. 12–5177.  Holz v. McFadden et al.  C. A. 9th Cir.  Certiorari denied.

No. 12–5178.  Holmes v. Texas.  Ct. Crim. App. Tex.  Certiorari denied.

No. 12–5179.  Hancock v. Clarke, Director, Virginia Department of Corrections.  C. A. 4th Cir.  Certiorari denied.

No. 12–5180.  Honesto v. Adams, Warden, et al.  C. A. 9th Cir.  Certiorari denied.

No. 12–5181.  Hancock v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 12–5183.  Garcia-Torres v. United States.  C. A. 1st Cir.  Certiorari denied.

No. 12–5184.  Fabian et ux. v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 12–5185.  Graves v. Swarthout, Warden.  C. A. 9th Cir.  Certiorari denied.

No. 12–5186.  Gardner v. Zakaib, Chief Judge, Circuit Court of West Virginia, Kanawha County.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 12–5187.  Gaffney v. Tucker, Secretary, Florida Department of Corrections.  Sup. Ct. Fla.  Certiorari denied.

No. 12–5188.  Thompson v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 12–5189.  Tannis v. New York.  C. A. 2d Cir.  Certiorari denied.

No. 12–5190.  Willoughby v. Horne, Attorney General of Arizona, et al.  C. A. 9th Cir.  Certiorari denied.

No. 12–5191.  Williams v. Clarke, Director, Virginia Department of Corrections, et al.  C. A. 4th Cir.  Certiorari denied.